IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT WILLIS LEBO, JR.** | : | CIVIL ACTION NO. 1:11-CV-343 |
| | : | |
| Petitioner | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Mannion) |
| v. | : | |
| | : | |
| **ROBERT COLLINS and THE** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | |
| | : | |
| Respondents | : | |

## O R D E R

Before the Court in the above-captioned action is a March 17, 2011 report of the Magistrate Judge recommending that the Petitioner's Petition for Writ of Habeas Corpus be dismissed. No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the report and recommendation of Magistrate Judge Mannion.

2) The Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED.**

3) The Clerk of Court shall close the file.

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: April 7, 2011